| | |
|---|---|
| Superior Court.<br>Location: The Union of the<br>united States of America | Date:_____ |

U. S. DISTRICT COURT<br>DISTRICT OF MAINE<br>PORTLAND<br>RECEIVED & FILED<br><br>JUL 2 0 2020<br><br>CHRISTA K. BERRY, CLERK<br>BY_____<br>DEPUTY CLERK

**united States of America**

| | |
|---|---|
| **Genesis II Church of Health & Healing**<br>Claimant/Aggrieved | *CLAIM:* **TRESPASS AGAINST RIGHTS w/ INTENT; UNLAWFUL SEIZURE & DEPRIVATION OF:**<br>- **GOD-GIVEN UN-A-LIEN-ABLE RIGHTS.**<br>- **U.S.A. PREAMBLE.**<br>- **U.S.A. AMENDMENTS: 1, 4, 5, & 8 of the U.S. Bill of Rights 1791.**<br>- **International Covenant of Civil & Political Rights. (I.C.C.P.R.) Article 9 Section 1.** |
| v. | |
| | -DEFENDANT(S); charged separately.<br><br>-Replevin & Indemnity Actions are included and made mandatory.<br><br>**SANCTIONED BY:**<br>"We the People of the united States of America" |
| **U.S. Department of Justice (D.O.J.)  &**<br>**U.S. FOOD & DRUG ADMINISTRATION (F.D.A.)**<br>DEFENDANT(S)/TRESPASSERS | |

---

**CLAIM OF: TRESPASS AGAINST RIGHTS WITH INTENT; UNLAWFUL SEIZURE & DEPRIVATION OF: GOD-GIVEN UN-A-LIEN-ABLE-RIGHTS, U.S.A.'s PREAMBLE, AND U.S.A.'s AMENDMENTS 1,**

1

**4, 5, 8, & 10 OF THE U.S. BILL OF RIGHTS IN 1791, International Covenant of Civil & Political Rights (I.C.C.P.R.) Article 9 Section 1, COMMON-LAW VENUED. THIS IS A DUAL-CHARGE LAWSUIT AGAINST BOTH ORGANIZATIONS IN-PARTY OF THE DEFENDANT(S).**

**THE TRIBUNAL IS INDEPENDENT OF THE MAGISTRATE IN THIS COURT OF RECORD.**

**NO MEMBERS OF THE BAR ASSOCIATION ARE ALLOWED TO APPEAR NEITHER REPRESENT ANYONE IN THIS COURT.**

**NO DOCKET NUMBERS GENERATED FOR THIS COURT MAY ALTER THE VENUE OF THIS COMMON-LAW COURT.**

We the People of the Republic of the Union of the united States of America whom are members of the body of the International Sovereign Church named: The Genesis II Church of Health & Healing; hereby now declare the united States of America; Common-law Superior Court now open and in session pursuant to the charges, restoration, and remedy relief for the following claims listed above.

------------------------------

## U.S. BILL OF RIGHTS HISTORY:

**On September 25, 1789, Congress transmitted to the state Legislatures twelve proposed amendments to the Constitution. Numbers three through twelve were adopted by the states to become the United States (U.S.) Bill of Rights, effective December 15, 1791.**

**James Madison proposed the U.S. Bill of Rights. It largely responded to the Constitution's influential opponents, including prominent Founding Fathers, who argued that the Constitution should not be ratified because it failed to protect the basic principles of human liberty. The U.S. Bill of Rights was influenced by George Mason's 1776 Virginia Declaration of Rights, the 1689 English Bill of Rights, works of the Age of Enlightenment pertaining to natural rights, and earlier English political documents such as the Magna Carta (1215).**

**Two additional articles were proposed to the States; only the final ten articles were ratified quickly and correspond to the First through Tenth Amendments to the Constitution. The first Article, dealing with the number and apportionment of U.S. Representatives, never became part of the Constitution. The second Article, limiting the ability of Congress to increase the salaries of its members, was ratified two centuries later as the 27th Amendment. Though they are incorporated into the document known as the "Bill of Rights", neither article establishes a right as that term is used today. For that reason, and also because the term had been applied to the first ten amendments long before the 27th Amendment was ratified, the term "Bill of Rights" in modern U.S. usage means only the ten amendments ratified in**

2

**1791.**

>The United States Bill of Rights plays a central role in American law and government, and remains a fundamental symbol of the freedoms and culture of the nation. One of the original fourteen copies of the U.S. Bill of Rights is on public display at the National Archives in Washington, D.C.

---------------------------------

>**The U.S. Preamble of the American Republic authoritatively states**: *"We the People of the United States, in Order to form a more perfect Union, establish     Justice, **insure domestic Tranquility**, provide for the common defence, promote the     general Welfare, and     secure the **Blessings of Liberty** to ourselves and our     Posterity, do ordain and establish this Constitution for the United States of     America."*

---------------------------------

The Genesis II Church of Health & Healing also preserve all their rights under the International Covenant of Civil and Political Rights (I.C.C.P.R.). And their International Sovereignty shall not be infringed by any governments existent on this Earth, and neither shall any prince of the power of the air interfere with the Church's travels..

---------------------------------

The Genesis II Church of Health & Healing; possess the preserved right to the assistance of counsel by the People under the 6th Amendment.

This Court is the person and suit of the sovereign; the Body Politic of "We the People", and no organization neither any government departments such as: DEPARTMENT OF JUSTICE & FOOD & DRUG ADMINISTRATION; do not possess any lawful standing against the People's Genesis II Church in this Court without trespassing a multitude of rights. The definition of a "court"; which describes this Court's status; can be found in the Black's Law Dictionary 5th Edition; paragraph 3; a court: *"The person and suit of the sovereign; the place where the sovereign sojourns with his regal retinue, wherever that they may be,"* the regal retinue has just as much of an obligation towards the People's Churches as they do the People because the Church is the People's private property.  The sovereign of this Court is We the People; whom comprise the body of the Genesis II Church of Health & Healing.  The People possess the **divine right of kings** minus the monarchy part of that divine right; which is substituted by due process of law which was prescribed to the Founders of this Nation by the Sovereign Ruler of the Universe; God-Almighty; so we do not need a monarch, the people of this Nation possess that ability to session their court in this manner; ordained by the self-existent Almighty-God.

The Genesis II Church of Health & Healing is not a franchise, so they are not subject to any statute and code restrictions or any type of public and session law, and shall not pay any attention to them because it will only waste their limited time of life on this Earth.

There is no immunity for any person, entity, agent, organization, and corporation; that trespasses God-given unalienable rights, constitutional restrictions, and international covenants; and all lawful actions which were taken prior and all which are taken in the future by them; become void in all of it's effects.

-----------------------------

**President Donald Trump:** has no grounds to oppose this Court in any way, and I don't think POTUS practices tyranny; so I expect that POTUS shall not act unlawfully; it is his duty to support Genesis 2 Church, he is the People's right hand. Just like the Son sits on the Right hand of God the Father, President Trump sits on the Right hand of the People; and that's just the way it is.

## SUBJECT MATTER:

1. The U.S. DEPARTMENT OF JUSTICE (D.O.J.) and their co-conspirator The U.S. FOOD & DRUG ADMINISTRATION (F.D.A.): have trespassed the People of America's: Insured domestic tranquility and Blessings of Liberty of their U.S. Preamble, these particular People whom have been trespassed are members of the body of the Genesis II Church of Health & Healing.

2. The U.S. DEPARTMENT OF JUSTICE (D.O.J.) and their co-conspirator The U.S. FOOD & DRUG ADMINISTRATION (F.D.A.): have used unlawful governmental intrusion; trespassing the People's Genesis II Church's; 1st Amendment right to peaceably assemble and seek sacramental-health-relief in nature which was created by Almighty-God and given to the people by him along with dominion over it. It is also a trespass against their "religious freedom", see: **Religious freedom:** [Black's Law Dictionary 5th Ed.] "Within Constitution embraces not only the right to worship God according to the dictate's of one's conscience, but also the right to do, or forbear to do, any act, for conscience sake, the doing or forbearing of which is not inimical to the peace, good order, and morals of society, *Barnette v. West Virginia State Board of Education*, D.C.W.Va., 47 F.Supp. 251, 253, 254; *Jones v. City Moultrie*, 196 Ga. 526, 27 S.E.2d 39.' See also **Establishment clause.**

3. The U.S. DEPARTMENT OF JUSTICE (D.O.J.) and their co-conspirator The U.S. FOOD & DRUG ADMINISTRATION (F.D.A.): have trespassed and unlawfully detained the People and their Genesis II Church's 4th Amendment; by seizing their private person's: papers, houses, and effects; depriving them from freely using their sacrament. This Court ratifies for it's own purpose the Supreme Court decision in the case of: "*Arthur v. Morgan,* 112 U.S. 495, 5 S.Ct. 241, 28 L.Ed. 825 *held that carriages were properly classified as household effects, and we see no reason that automobiles should not be similarly disposed of.*" Any type of automobile used under the right to travel to deliver Church resources, and any house used to administer Church purposes in and used to stock the Genesis II Church's sacrament and other resources of the Church; is ruled to be lawful under the 4th Amendment and shall not be infringed upon, by doing so you are actually warring against the People and their rights ordained by God-Almighty, their Preamble & Constitution, and trespassing their Declaration of Independence of 1776 which

Case 2:20-cv-00253-JDL   Document 1   Filed 07/20/20   Page 5 of 12   PageID #: 5

preserves their freedom from corrupt and despotic governments; which do not belong on this soil. There is no type of "restraining order" in existence which can lawfully restrain the Genesis II Church from their purpose because the People whom comprise the body of the Genesis II Church do not yield their sovereignty to the agencies which serve them; meaning: "they cannot be ordered to do anything", that would be an oxy moron and it makes no sense, and any type of restraint whatsoever; actually trespasses the "unlawful seizure declaration" of the U.S. 4th Amendment. The Genesis II Church of Health & Healing are also confirmed to possess international sovereignty over all the governments of the earth in the Foreign Sovereign Immunities Act 1976.   "No government; neither any of it's departments" may lawfully deprive the sovereign people's persons under the 4th Amendment; such as the Genesis II Church, because the same People which own those persons, are the ones who give Congress the right to employ that "government department" which is trespassing their rights, and have not consented to yield their person's sovereignty to any government neither any government department, here is an example: "the painting department at Home Depot is not allowed to call up the owners of Home Depot and start ordering the owners of Home Depot around while on duty, the owners of Home Depot according to "their policy" are sovereign to their employees, so when it comes to the "people's policy" which is "actual law"; they do not yield their sovereignty to departments of corporations "their Congress" employs; which means "The People"; **allow them** to operate inside the borders of the American Union State's borders, the DEFENDANT(S) do not have any sovereign immunity, public officers are immune from prosecution unless they have disobeyed their oaths and trespassed their Constitutional restrictions, but the offices which they work out of; are not exempt from releasing stolen property back to the people they serve which they stole from, and are not exempt from recompensating in such a way which those people demand it back. The Genesis II Church of Health & Healing shall not be invaded by public law actions and suffer losses.

4. The U.S. DEPARTMENT OF JUSTICE (D.O.J.) and their co-conspirator The U.S. FOOD & DRUG ADMINISTRATION (F.D.A.): have trespassed and deprived the People's: life, liberty, and property under the 5th Amendment; without the proper use of due process of law; because their Genesis II Church has caused no actual proven-injury to any people and is all theory, neither has the Church caused any damage to any people's property, no magistrate in this Nation can affirm under oath; probable cause; without committing treason, and becoming an enemy to the People and their Church: The Genesis II Church of Health & Healing.

5. The U.S. DEPARTMENT OF JUSTICE (D.O.J.) and their co-conspirator The U.S. FOOD & DRUG ADMINISTRATION (F.D.A.): have trespassed and deprived the People's: 8th Amendment right against cruel and unusual punishments; because no such punishment of restraint should be existent against the People's Genesis II Church period, which makes it cruel and unusual, once again the People do not yield their sovereignty to the agencies which serve them, and they shall not be forced/coerced into doing so without a remedy for the trespass, a maxim of law is: "where there is injury, there shall not be no remedy".

6. The People's: 10th Amendment; confirms that the "Powers are retained by the People", meaning Congress cannot delegate rights to the people without the people's consent, neither can a

Parliamentarian speak on behalf of the people by overriding their power without their consent. The government is not suppose to go against the grain of the people since the people created government from their own imagination given to them by God-Almighty, the creation of government shall not turn against it's own creator "the people", otherwise that would mean that an artificial creation has grown it's own brain and functions with a thinking capacity, which is scientifically impossible to be achieved without a physical engineer.

7. Most importantly of all; The U.S. DEPARTMENT OF JUSTICE (D.O.J.) and their co-conspirator The U.S. FOOD & DRUG ADMINISTRATION (F.D.A.): have trespassed our God-given Unalienable Rights which was and still is ordained by the self-existent eternal God-Almighty himself "the Creator of the Heaven and the Earth" through the rod of his authority, una(lien)able means there shall be no: liens, tax, obligation, nor restriction shall be placed against an unalienable right without proper due process of law which was not existent in this matter.

8. The U.S. DEPARTMENT OF JUSTICE (D.O.J.) and their co-conspirator The U.S. FOOD & DRUG ADMINISTRATION (F.D.A.): Have trespassed the "People's person" being: the Genesis II Church of Health & Healing under Article 9 Section 1 of the International Covenant of Civil & Political Rights (I.C.C.P.R.) see detail of section 1 below:

    Section 1. Everyone has the right to *liberty and security of person*. No one shall be subjected to *arbitrary arrest or detention*. No one shall be deprived of his liberty except on such grounds and in accordance with such procedure as are established by law.
(arbitrary arrest or detention being; an order of restraint, is not lawful under this covenant against People's persons).

9. *Intent.* When two or more conspire as accomplices together to commission a crime, it is ruled as intent in the law, see in: *"Smith v. State, Tenn*.Cr,App., 525 S.W.2d 674, 676; *Model Penal Code*, § 2.06(3)." "**accomplice**: *One who knowingly, voluntarily and with common intent unites with the principal offender in the commission of a crime,* this case has been ratified into this Court through it's own sovereign-capacity in order to serve it's purpose to prove intent.

ADDITIONAL INFO:

*All the above Amendments and God-given Unalienable Rights, which were trespassed by the DEFENDANT(S) are considered; declared acts of tyranny against the People of the Genesis II Church and shall be reprimanded by the people of the whom comprise the body of the Genesis II Church and shall be charged, fined, and provide a remedy equal to the amount of each fine imposed. Once again; it is a maxim of law that: "where there is injury, there shall not be no remedy".

*All judicial officers involved in this restraint against the Genesis II Church are subject for impeachment for emoluments violations through the Legislature, and shall never be able to work in government within the united State's borders ever again.

*The DEFENDANT(S) have operated outside of the scope and authority of their emoluments,

6

just because people may have a commercial license and a zip code does not give the DEFENDANT(S) the right to presume people to be operating in-commerce or to place a private church under the jurisdiction of the District of Columbia without sufficient knowledge of this being so; because that would be claravoyance, neither can they presume to be able to follow through with it after they have assumed something, and judges do not possess the ability to issue orders based off of hearsay against people and their persons; the people and their private Churches are not subject to challenge the jurisdiction of tacit agreements of implied consent which are not lawful to use against people and their Churches; it is indirect and sneaky.

*All information within this substance of this Court is believed to be true until proven otherwise.

*The Associated Press' publishing of this arrest is a libel injury,

*As you can see on the exhibited evidence mediaplayer video saved to the USB drive attached with this Court document: Mr. Grenon declares that: **"Congress shall make no law"** & **"The Church is Sovereign"**, and **"what the People decree; is the law"** and all governments are subject to submit to sovereignty immediately under the law when they see or hear it, regardless of what any paperwork may say, or be filed, Mr. Grenon declared the rule of that Church and property right there on the spot and that is the law, the people have more rights to property on American soil before the angencies that serve them do, the servants do not exercise authority over their masters it is an oxy moron. So all actions taken by public servants in opposition against this Church after **"Mr. Grenon decreed the sovereignty of the Genesis II Church"**; are declared acts of tyranny against the Church and all members of that Church because "the Church is one body" and the public servants have all broken their Oaths of Office to uphold the Constitution, and are responsible for all deprivation and illnesses suffered by those whom seek sacramental treatment from the Genesis II Church of Health & Healing. Public servants from Nations in the past before America had been established would have been put to death for committing such acts of tyranny like this against their Nation, so we demand that our public servants in America do not take advantage of us for having more forgiving than the Nations of the past, if they do not learn to respect the forgiveness of the American people, this forgiving form of discipline America has for their public servants when tyranny arises may go back to the ways of old when the power goes back to the people. Those who despise the order of things do not belong in America.

* **Bouvier's Law Dictionary 1856 ed. -- LAW OF NATURE; 4. - 2**. Every animated being is impelled by nature to his own preservation, to defend his life and body from injuries, to shun what may be hurtful, and to provide all things requisite to his existence. Hence the duty to watch over his own preservation. Suicide and duelling are therefore contrary to this law; and a man cannot mutilate himself, nor renounce his liberty. " MMS is not proven to be a form of suicide neither is it proven to be a form of self mutilation."

------------------------

## TORTS:

1. **False arrest/imprisonment.**
**An Article from the "Treaties on arrests & false imprisonments", False imprisonment:** consists of any type of unlawful restraint or interference with the personal liberty of an individual. It basically involves any unlawful violation of the liberty of another. False imprisonment is classified as a tort under the common law, and also as a crime. It has been labeled as a tort, a trespass, an assault, a wrong, a damage, and an injury, giving one cause to bring suit against another for a remedy. Depriving a person of their liberty is legally no different than depriving a person of their property - a theft of liberty is a wrong by which remedy can be had, just as is the case with the theft of property. Thus any type of detainment or confinement of a person, or restriction or deprivation of their liberty or **freedom of locomotion**, where he is compelled to remain where he does not wish to remain, or to go wbere he does not wish to go, is an .. imprisonment. ..

   2. **Coercion.**
   **coercion:** [Black's Law Dict. 5th ed.] Compulsion; contraint; compelling by force or arms of threat.

3. **Involuntary servitude.**
   **invountary servitude:** [Black's Law Dict. 5th ed.] The condition of one who is compelled by force, coercion, or imprisonment, and against his will, to labor for another, whether he is paid or not.
   **INVOLUNTARY.** An involuntary act is that which is performed with constraint, (q. v.) or with repugnance, or without the will to do it. An action is involuntary then, which is performed under duress. Wolff, 5. Vide Duress.

4. **Libel.**
   **LIBEL,** libellus, criminal law. A malicious defamation expressed either in printing or writing, or by signs or pictures, tending to blacken the memory of one who is dead, with intent to provoke the living; or the reputation of one who is alive, and to expose him to public hatred, contempt, or ridicule. Hawk. b. 1, c. 73, s. 1; Wood's Inst, 444; 4 Bl. Com. 150; 2 Chitty, Cr. Law, 867; Holt on Lib. 73; 5 Co. 125; Salk. 418; Ld. Rgym. 416; 4. T. R. 126; 4 Mass. R. 168; 9 John. 214; 1 Den. Rep. 347; 2 Pick. R. 115; 2 Kent, Com. 13. It has been defined perhaps with more precision to be a censorious or ridiculous writing, picture or sign made with a malicious or mischievous intent, towards government magistrates or individuals. 3 John. Cas. 354; 9 John. R. 215; 5 Binn. 340.

5. **Extortion.**
   **EXTORTION,** crimes. In a large sense it, signifies any oppression, under color of right: but in a more strict sense it means the unlawful taking by any officer, by color of his office, of any money or thing of value that is not due to him, or more than is due, or before it is due. 4 Bl. Com. 141; 1 Hawk. P. C. c. 68, s. 1; 1 Russ. Cr. *144. To constitute extortion, there must be the receipt of money or something of value; the taking a promissory note, which is void, is. not sufficient to make an extortion. 2 Mass. R. 523; see Bac. Ab. h. t.; Co. Litt. 168. It is extortion and oppression for an officer to take money

8

for the performance of his duty, even though it be in the exercise of a discretionary power. 2 Burr. 927. It differs from exaction. (q. v.) See 6 Cowen, R. 661; 1 Caines, R. 130; 13 S. & R. 426 1 Yeates, 71; 1 South. 324; 3 Penna. R. 183; 7 Pick. 279; 1 Pick. 171.

6. Larceny.

   LARCENY, crim. law. The wrongful and fraudulent taking and carrying away, by one person, of the mere personal goods, of another, from any place, with a felonious intent to convert them to his, the taker's use, and make them his property, without the consent of the owner. 4 Wash. C. C. R. 700.

7. **Deprived from the ability to worship God in peace.** <------- this is self-evident in this case.

**\*All torts and their details listed above are existent in this case and are all trespassing injuries which should have never taken place.**

## CHARGES, FINES & REMEDY:

This Court in it's sovereign-capacity ratifies the felony fining procedure from **18 U.S. Code § 3571. Sentence of fine, Section (c) Fines for organizations;** and shall use it for it's own fining purposes, see details on indictment of charges & fines; being the remedy; listed below:

Each organization-in-party of the DEFENDANT(S) shall pay each fine separately in order to satisfy the trespasses of tyranny against the People of the Genesis 2 Church of Health & Healing.

**Charge 1: Trespass against God-given Unalienable Rights;**
   -$500,000.00 Fine.
   -$500,000.00 Remedy.

   $1,000,000.00 per each organization = a total of: $2,000,000.00.

**Charge 2: Trespass against U.S. Preamble of the Constitution (Insured domestic tranquility & Blessing of Liberty);**
   -$500,000.00 Fine.
   -$500,000.00 Remedy.

   $1,000,000.00 per each organization = a total of: $2,000,000.00.

**Charge 3: Trespass against 1st Amendment Right;**
   -$500,000.00 Fine.
   -$500,000.00 Remedy.

   $1,000,000.00 per each organization = a total of: $2,000,000.00.

**Charge 4: Trespass against 4th Amendment Right;**
   -$500,000.00 Fine.
   -$500,000.00 Remedy.

9

$1,000,000.00 per each organization = a total of: $2,000,000.00.

**Charge 5:** Trespass against 5th Amendment Right;
-$500,000.00 Fine.
-$500,000.00 Remedy.

$1,000,000.00 per each organization = a total of: $2,000,000.00.

**Charge 6:** Trespass against 8th Amendment Right;
-$500,000.00 Fine.
-$500,000.00 Remedy.

$1,000,000.00 per each organization = a total of: $2,000,000.00.

**Charge 7:** Trespass against Article 9 Section 1 of the International Covenant of Civil & Political Rights (I.C.C.P.R.);
-$500,000.00 Fine.
-$500,000.00 Remedy.

$1,000,000.00 per each organization = a total of: $2,000,000.00.

\*Grand Total of Fines and Remedy amount Demanded set at: ($14,000,000.00), shall be granted separately; to all whom were members of the Genesis II Church of Health & Healing; on the date of Friday April 17th, 2020 when the U.S. Marshall's posted an "ex post facto; restraining order against the Church" due to the fact that the DEFENDANT(S) have unlawfully seized and detained the Church and all it's member's ability to aquire their Church's sacrament     and other products which they privately distribute. Replevin & Indemnity Actions are granted by the Court as the liberty interest of each member of the Genesis II Church in their recovery. The DEFENDANT(S) are also demanded to indemnify all Church items which were unlawfully seized by them from the Grenon's estate in Bradenton, Florida. It is the obligation of Congress within the Nation of America to indemnify all injuries and losses caused by the organizations they employ; according to international trade law that was the agreement, public servants cannot make up the rules as they go and Congress shall make no law, any acts committed other than what has been established is "ex post facto" and void in all of it's effects.

\*Every time a public servant in this case whom are employed in all three branches of this Government: when they are reminded of their Oath of Office; if they disrespect it and say things like "I don't care" or neglect to acknowledge and honor it period; they shall be subject to forfeit all their homes, estates, and interest-in-estate, because all incurred estate shall be deemed as stolen property; because the Government made \by the people, of the people, and for the people did not agree to pay stipends to heathens, everything a heathen possesses is acquired through lieing and stealing and they actually own

10

nothing. It doesn't matter if their estates are in-trust through any type of law or security, if it is on American soil, it shall be forfeited and confiscated by the **American People**.

-------------------------------

This Common-law Superior Court after 21 days will go into default-judgment, no members of the Bar association are allowed to appear neither represent anyone in this Court, and if any decision is attempted to be made by a Bar member; they shall be automatically vacated and whomever made the decision shall be put in-contempt of Court and shall be subject to a fine of a million dollars to each People separately whom is a member of the Genesis II Church of Health & Healing. The Court grants all members of the Genesis II Church entitled to recover their remedies in this case with liberty interest in doing so, and shall use all lawful means necessary in their recovery.

The Department of Justice is DEMANDED TO RELEASE American-sovereigns: Johnathan and Jordan Grenon IMMEDIATELY AFTER THIS COURT DOCUMENT IS RECEIVED BY THE DEFENDANT(S), A SUM OF A MILLION DOLLARS A DAY SHALL BE AWARDED TO BOTH Johnathan and Jordan Grenon for EACH DAY THEY ARE NEGLECTED TO BE RELEASED. AFTER THEY ARE RELEASED THEY SHALL BE SAFELY TRANSPORTED BACK TO THEIR HOME IN Bradenton, Florida.

Psalms 110:1 - (A Psalm of David.) The LORD said unto my Lord, Sit thou at my right hand, until I make thine enemies thy footstool.

(All Rights Reserved)
Without Prejudice.

by:_____*The Court*_____,
united States of America; Superior Court
(Common-law)

The Court's Counsel:

*Jake-Geyer: Waterman.*

Private Attorney: Jake Geyer Waterman,

donald geyer waterman,
G2 Church Reverend: Donald Geyer Waterman,

Tiana-Lynn: Small,
G2 Church Member: Tiana Lynn Small.

11