*Court-house Cop*

## Petition to the united States of America Superior Court of Record (Common-law):

Genesis II Church of Health & Healing; Private International Sovereign Church.
This coversheet is the face of the: Petition to the united States of America Superior Court of Record; at law (Common-law); pursuant to Claims of Trespassed Rights w/ intent; against the Genesis II Church; committed by: Joint-party Defendant(s), see parties in suit below:

**Genesis II Church of Health & Healing**
**Claimant/Aggrieved**

v.

**Department of Justice (D.O.J.) &**
**Food and Drug Administration (F.D.A.)**
**Defendant(s)/Trespassers**

U. S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

JUL 20 2020

CHRISTA K. BERRY, CLERK
BY_____
DEPUTY CLERK

Documents attached:
1. Cover letter: (Lawful notification of the People's Right to petition the Court).
2. Superior Court of Record.
3. Exhibits A & B (Proof of unlawful Arrest)
4. USB Flash drive (Proof of video evidence of G2 Church's declared sovereignty)
*This Court shall be sessioned at no charge under the "right of petition."
*This coversheet is also the summary sheet.

Return letters go to: Genesis II Church's Counsel @
c/o 33 Fifield Dr. Buxton, Maine 04093

This cover sheet appears as the first page of the Petition to the united States of America Superior Court at law.