U. S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

JUL 20 2020

CHRISTA K. BERRY, CLERK
BY_____
DEPUTY CLERK

## NOTICE & COVER LETTER: RIGHT TO PETITION THE COURT:

**If a People is denied their right to petition the Court, be advised of the consequences listed below:**

1. A trespass against the **1st Amendment** right to: "peaceably assemble, and petition the government for a Redress of Grievances."

    *This is a declared act of tyranny against the People in their own Nation and countries therein, it is also a felony which shall come with a prison sentence.

2. A trespass against the **4th Amendment** right for the people to remain "secure in their effects" such as petitioning the court, and also trespasses the People's right against unlawful seizures, seizing a Man's right is also a seizure of that Man's property.

    *Seizing a Man's right is "extortion" under the law and is a felony.

3. A trespass against the **5th Amendment** right to: "life, liberty, and private property"; because rights are the People's property.

4. When a Public Servant in all 3 branches of government deny the right to petition the court they trespass their Oath of Office under **Article 5 Clause 3** of the **U.S. Constitution.**

5. A violation of the People's **1776 Declaration of Independence** against a corrupt government.

    *An employeee of government that denies the People's right to petition the Court is corrupt and insubordinate.

6. Trespass against the People of **Maine's Constitution Article 1 Section 2** "*All power is inherent in the people; all free governments are founded in their authority and instituted for their benefit*"

    *This Article of Maine's Constitution specifically states that government is absolutely free for the People to institute at anytime.

7. Most importantly all these rights are ordained to the People by God-Almighty, the creator of heaven and earth.

------------------------------

**By denying the right to petition a Court; you commit a declared act of tyranny; which in Nations of the past before America had existed was a punishable by death, please do not take**

1

advantage of the more forgiving nature of America's government by the People and deprive their rights. The individual employee's principal is a co-conspirator in all these trespasses if he/she does not honor the People's right to petition the court.

by:     We the People of the united States of America