UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| GENESIS II CHURCH OF HEALTH AND HEALING, et al., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) 2:20-cv-00253-JDL ) |
| UNITED STATES DEPARTMENT OF JUSTICE, et al., | ) ) ) ) ) |
| Defendants. | ) |

**ORDER ACCEPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The Genesis II Church of Health & Healing and several individual Plaintiffs bring this action (ECF No. 1) against the United States Department of Justice and the United States Food and Drug Administration.  United States Magistrate Judge John C. Nivison filed his Recommended Decision with the Court on July 28, 2020 (ECF No. 2), pursuant to 28 U.S.C.A. § 636(b)(1)(B) (West 2020) and Fed. R. Civ. P. 72(b).  The time within which to file objections has expired, and no objections have been filed.  The Magistrate Judge provided notice that a party's failure to object within fourteen days of service would waive the right to *de novo* review and appeal.

I have reviewed and considered the Recommended Decision, together with the entire record, and have made a *de novo* determination of all matters adjudicated by the Magistrate Judge.  I concur with the recommendations of the Magistrate Judge

1

for the reasons set forth in his Recommended Decision and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision (ECF No. 2) of the Magistrate Judge is hereby **ACCEPTED** and the complaint (ECF No. 1) is **DISMISSED**.

SO ORDERED.

Dated this 14th day of September, 2020.

                                          /s/ Jon D. Levy
                                   **CHIEF U.S. DISTRICT JUDGE**